# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| COLLEEN MCCORMICK and DONALD HUDSON, individually and on behalf of A.H., C.H., and D.H., minors,<br><br>and<br><br>ANGEL HUDSON,<br><br>              Plaintiffs,<br><br>    -against-<br><br>AEROVIAS DE MEXICO S.A. DE C.V., a foreign corporation doing business in Oregon, d/b/a AEROMEXICO, d/b/a AEROLITORAL DE MEXICO S.A. DE C.V., d/b/a AEROMEXICO CONNECT,<br><br>And<br><br>DELTA AIR LINES, INC., a Georgia corporation doing business in Oregon,<br><br>              Defendants. | Civil Action No.: 3:18-cv-01628-SB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Colleen McCormick and Donald Hudson, individually and on behalf of A.H., C.H., and D.H., and Angel Hudson (collectively "Plaintiffs"), and Defendant Delta Air Lines, Inc. ("Defendant"), all in their official capacities hereafter collectively "the Parties", state as follows:

**WHEREAS**, Plaintiffs filed a complaint on September 6, 2018, alleging injuries sustained as a result of an AeroMexico flight 2431 crash in Durango, Mexico.

WHEREAS, on February 27, 2019, Magistrate Beckerman issued findings and recommendations that the District Court grant Delta's Motion for Summary Judgment and that issue is now being subject to review by the District Court; and

WHEREAS Plaintiffs have elected to now proceed only against the Defendants, AEROVIAS DE MEXICO S.A. DE C.V., d/b/a AEROMEXICO, d/b/a AEROLITORAL DE MEXICO S.A. DE C.V., d/b/a AEROMEXICO CONNECT.

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action against Delta Air Lines, Inc. with prejudice.

Dated: April 15, 2019

| MOTLEY RICE LLC | MB LAW GROUP LLLP |
|---|---|
| By: _____ | By: _____ |
| Mary Schiavo (admitted Pro Hac Vice) | Jonathan M. Hoffman |
| mschiavo@motleyrice.com | 117 SW Taylor, Suite 200 |
| James R. Brauchle (admitted Pro Hac Vice) | Portland, OR 97204 |
| jbrauchle@motleyrice.com | 503-220-4277 |
| (843)216-9000 | |
| | and |
| Christine N. Moore, OSCB #060270 | |
| cmoore@lbblawuers.com | CLYDE & CO US LLP |
| (503) 224-4100 | Jeffrey J. Ellis |
| | 405 Lexington Avenue |
| | New York, New York 10174 |
| *Attorneys for Plaintiff* | (212)710-3900 |
| | *Attorneys for Defendant Delta Air Lines Inc.* |

IT IS SO ORDERED this *16th* day of *April*, 2019.

*/s/ Stacie F. Beckerman*
STACIE F. BECKERMAN
United States Magistrate Judge